PD-0558-15

Fourteeth Court of Appeals
301 Fannin, Suit 245
Houston, Texas 77002

Pedro Beltran Batalla #1886055
Stiles Unit-761-09B
3060 FM 3514
Beaumont, Texas 77705

April 28, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

MAY 04 2015

CHRISTOPHER A. PRINE
CLERK

RE: Batalla v. State; Appellate No. 14-13-00810-CR

FILED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

Request for Exension.

I am requesting for an exension of 90 days to work on my Petition for Discretionary Review, due to the fact that I don't have anyone to help me and the lack of understanding of the English language.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk

Pedro Beltran Batalla
pedro Batalla